IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Connie Sue Davis, | ) |
| | ) C/A No. 5:16-3523-MBS |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) **O R D E R** |
| Nancy A. Berryhill, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Plaintiff Connie Sue Davis brought this action to obtain judicial review of a final decision of Defendant Commissioner of Social Security denying Plaintiff's application for disability insurance benefits and supplemental security income. On January 17, 2018, with the consent of the Commissioner, the court filed an order reversing the case pursuant to sentence four of 42 U.S.C. § 405(g) and remanding to the Commissioner for further consideration.

This matter now is before the court on Plaintiff's motion for attorney's fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), which motion was filed January 30, 2018. Counsel moves for attorneys' fees in the amount of $3,844.37. On February 9, 2018, the Commissioner filed a response indicating that she does not object to Plaintiff's request. Accordingly, Plaintiff's motion for fees under the EAJA (ECF No. 29) is **granted** in the amount of $3,884.37, to be paid in accordance with the procedures set forth in the Commissioner's response (ECF No. 30).

**IT IS SO ORDERED.**

/s/ Margaret B. Seymour
Senior United States District Judge

Columbia, South Carolina
February 20, 2018